UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANDEEP SINGH A.,

Petitioner,

v.

SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; PAMELA BONDI, Attorney General of the United States; and CHRISTOPHER CHESTNUT, Warden of California City Detention Center,

Respondents.

No.  1:26-cv-00136-KES-SKO (HC)

**FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS**

(Doc. 1)

Petitioner Mandeep Singh A. is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 9, 2026, the Court issued an order directing Respondents to show cause whether there were any factual or legal issues in this case that rendered it distinguishable from the Court's prior orders in Clene C.D. v. Robbins, No. 1:25-CV-01463-KES-SKO (HC), 2025 WL 3492118 (E.D. Cal. Dec. 4, 2025); Carmen G.C. v. Robbins, No. 1:25-CV-01648-KES-HBK (HC), 2025 WL 3521304 (E.D. Cal. Dec. 8, 2025); Bilal A. v. Wofford, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); and W.V.S.M. v. Wofford, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025).

1

On January 13, 2026, Respondents responded to the order acknowledging that the matter was not substantively distinguishable from the Court's prior precedent. (Doc. 9 at 1.)

On January 13, 2026, the Court converted the motion for temporary restraining order into a motion for preliminary injunction and granted the motion. (Doc. 10.) The matter was referred to the undersigned for further proceedings.

On January 26, 2026, the Court issued an order directing the parties to advise whether they wished to stand on the submissions to date, or whether the parties desired to provide additional briefing. (Doc. 11.) On January 27, 2026, the parties responded that they wished to stand on the filing already submitted and the arguments presented therein. (Docs. 12, 13.) Thus, the Court will recommend the petition be granted for the same reasons.

### RECOMMENDATION

For the foregoing reasons, the Court hereby RECOMMENDS that the petition for writ of habeas corpus be GRANTED.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within twenty-one (21) days after being served with a copy of this Findings and Recommendation, a party may file written objections with the Court and serve a copy on all parties. Id. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014).  This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of

Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

IT IS SO ORDERED.

Dated:   **February 4, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE