**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANDEEP SINGH A., | Case No. 1:26-cv-00136 KES FJS (HC) |
| Petitioner, | A-Number: 240-412-351 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office, et al., | |
| Respondents. | Docs. 1, 14 |

Petitioner Mandeep Singh A. is a former immigration detainee proceeding with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See generally* Doc. 1.

On January 8, 2026, Petitioner filed a motion for temporary restraining order. Doc. 2. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. The Court referred the matter to the magistrate judge for further proceedings. Doc. 10. The parties declined to submit additional briefs prior to adjudication of the petition. Docs. 12, 13.

On February 5, 2026, the magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus, for the same reasons the district court found Petitioner was entitled to a preliminary injunction. Doc. 14 at 2. The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within 21 days.

1

*Id.* Respondents timely filed objections indicating that they stand on their prior briefs.  Doc. 15.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

1.  The findings and recommendations issued on February 5, 2026 (Doc. 14) are **ADOPTED** in full.

2.  The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3.  If the the government seeks to re-detain Petitioner Mandeep Singh A. (A-Number 240-412-351) it must provide no less than seven (7) days' notice to Petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

4.  The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    April 27, 2026

_____
UNITED STATES DISTRICT JUDGE

2